

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-80,826-02

### EX PARTE QUIRINO MACHIN SANCHEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR-1624-10-J-(1) IN THE 430TH DISTRICT COURT FROM HIDALGO COUNTY

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of marihuana and sentenced to ten years' imprisonment. The Thirteenth Court of Appeals affirmed his conviction. *Sanchez v. State*, No. 13-10-00619-CR (Tex. App.—Corpus Christi–Edinburg Nov. 22, 2011) (not designated for publication).

Applicant contends, among other things, that appellate counsel rendered ineffective assistance. On July 30, 2014, we dismissed this application. *See* TEX. R. APP. P. 73.1. We now withdraw that dismissal and deny this application. Based on our own independent review of the

record, we conclude that Applicant's claims are without merit.  Relief is denied.

Filed:   January 28, 2015
Do not publish